RUTH BECKER et al., Respondents, *v.* MANUFACTURERS TRUST COMPANY, as Successor Trustee under the Will of SARAH L. BENNET, Deceased, Appellant.

Argued December 4, 1945; decided March 7, 1946.

*Joseph Kane* and *George J. Stacy* for appellant.
*Norman Kemper* for respondents.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event, upon the ground that there was error in the charge of the trial court to the jury. (See *Kirshenbaum* v. *General Outdoors Adv. Co.*, 258 N. Y. 489.)

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.